# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

145076

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE CITY OF EAST LANSING,
       Plaintiff-Appellee,

v

                                       SC: 145076
                                       COA: 306388
                                       Ingham CC: 08-001111-AR

MEREK LEO ROMAN,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                                                  _____
                                                         Clerk

t0716